# United States District Court

DISTRICT OF

FILOMENA SPINOLA

V.

WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE AND GE MONEY BANK

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

[redacted] 08 274

TO: (Name and address of defendant)

GE MONEY BANK
through its agent for service of process:
DIANE DIX
C/O GE CONSUMER FINANCE, INC.
950 FORRER BLVD.
KETTERING, OH 45420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH E. MARRAN, III #3971
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
P.O. BOX 479
PAWTUCKET, RI 02862
(401) 728-6060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK Chief Deputy Clerk

DATE 7/22/08

(BY) DEPUTY CLERK

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GE Money Bank
through its agent for
ervice of process
Diane Dix
C/O GE Consumer Finance
950 Forrer Blvd.
Kettering, OH 45420

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) LEWIS TOOL

C. Date of Delivery 7/29/08

D. Is delivery address different from item 1? ☒ Yes
if YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 91 7108 2133 3933 2442 0023

PS Form 3811, August 2001 Domestic Return Receipt 2ACPRI-03-P-4081

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Joseph E. Marran, III
Claude Lefebvre
Christopher M. Lefebvre, P.C.
P.O. Box 479
Pawtucket, RI 02862

Re Filomena Espinola