# United States District Court

DISTRICT OF

FILOMENA SPINOLA

V.

WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE AND GE MONEY BANK

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

CA 08 274

TO: (Name and address of defendant)

WELLS FARGO FINANCIAL RETAIL CREDIT, INC.
through its agent for service of process:
CORPORATION SERVICE COMPANY
222 JEFFERSON BLVD., SUITE 200
WARWICK, RI 02888

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOSEPH E. MARRAN, III #3971
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
P.O. BOX 479
PAWTUCKET, RI 02862
(401) 728-6060

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Dube

CLERK Chief Deputy Clerk

DATE 7/22/08

Barbara Barletta

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE July 25, 2008 |
| NAME OF SERVER *(PRINT)* George Tager | TITLE Constable 6043 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ____________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ____________________

☐ Returned unexecuted: ____________________

☒ Other *(specify)*: Chris Bergner

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 25, 2008
*Date*

George Tager
*Signature of Server*

Prentice Ave Point, RI
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT

2008 AUG 12 A 4:53

FILED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.