UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FILOMENA G. SPINOLA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-274-S |
| | : | |
| WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE and GE MONEY BANK, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION**

Plaintiff Filomena G. Spinola, through her undersigned counsel, and Defendant Wells Fargo Financial Retail Credit, Inc. ("Wells Fargo"), through its undersigned counsel, stipulate and agree that the time for Wells Fargo to answer, move or otherwise respond to the Complaint is hereby extended through and including September 15, 2008.

FILOMENA G. SPINOLA

By her Attorney,

/s/ Joseph E. Marran, III
Joseph E. Marran, III (#3971)
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)

WELLS FARGO FINANCIAL RETAIL CREDIT

By its Attorneys,

/s/ Raymond M. Ripple
Patricia A. Sullivan (#2120)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
rripple@eapdlaw.com

Dated: August 14, 2008