UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FILOMENA G. SPINOLA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-274-S |
| | : | |
| WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE and GE MONEY BANK, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION**

Plaintiff Filomena G. Spinola, through her undersigned counsel, and Defendant American General Finance ("American General"), through its undersigned counsel, stipulate and agree that the time for American General to answer, move or otherwise respond to the Complaint is hereby extended through and including September 15, 2008.

FILOMENA G. SPINOLA

By her Attorney,

/s/ Joseph E. Marran, III
Joseph E. Marran, III (#3971)
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (fax)

AMERICAN GENERAL FINANCE

By its Attorneys,

/s/ Raymond M. Ripple
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
rripple@eapdlaw.com

Dated: August 14, 2008