UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FILOMENA G. SPINOLA, Plaintiff, | : | |
| v. | : | C.A. No. 08-274-S |
| WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE and GE MONEY BANK, Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Stephen M. Prignano of Edwards Angell Palmer & Dodge LLP, hereby enter my appearance on behalf of Defendant American General Finance.

AMERICAN GENERAL FINANCE

By its Attorneys,

/s/ Stephen M. Prignano

Stephen M. Prignano (#3649)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 15, 2008.

/s/ Stephen M. Prignano