UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FILOMENA G. SPINOLA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 08-274-S |
| | : | |
| WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE and GE MONEY BANK, | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE OF**
**PRESTON W. HALPERIN AND DEAN J. WAGNER**

Preston W. Halperin of Shechtman Halperin Savage, LLP, hereby **enters** his appearance as lead counsel, along with Dean J. Wagner, on behalf of the Defendant, GE Money Bank in the above-captioned action.

Respectfully submitted,

GE MONEY BANK,

By its attorneys

SHECHTMAN HALPERIN SAVAGE, LLP.

*/s/ Preston W. Halperin*
*/s/ Dean J. Wagner*
Preston W. Halperin, Esquire #5555
Dean J. Wagner, Esquire #5426
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile
phalperin@shslawfirm.com
dwagner@shslawfirm.com

Dated: August 19, 2008

# CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2008, I have caused a true and accurate copy of the within Entry of Appearance to be served via electronic mail upon:

(for Plaintiff)
Joseph E. Marran, III, Esquire
Claude Lefebvre, Esquire
Christopher M. Lefebvre, Esquire
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862
lefeblaw@aol.com

(for Wells Fargo Financial Retail Credit, Inc.)
Patricia A. Sullivan, Esquire
Raymond M. Ripple, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
psullivan@eapdlaw.com
rripple@eapdlaw.com

(for American General Finance)
Stephen M. Prignano, Esquire
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
sprignano@eapdlaw.com

*/s/ Preston W. Halperin*
*/s/ Dean J. Wagner*