UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FILOMENA G. SPINOLA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 08-274-S |
| | : | |
| WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE and GE MONEY BANK, | : | |
| | : | |
| Defendants. | : | |

**STIPULATION**

Plaintiff Filomena G. Spinola, through her undersigned counsel, and Defendant GE Money Bank ("GE"), through its undersigned counsel, stipulate and agree that the time for GE to answer, move or otherwise respond to the Plaintiff's Complaint is hereby extended through and including September 15, 2008.

FILOMENA G. SPINOLA

By her Attorney

*/s/ Joseph E. Marran, III*
Joseph E. Marran, III (#3971)
CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.
P.O. Box 479
(401) 728-6060
(401) 728-6534 (fax)

GE MONEY BANK

By its Attorney's

*/s/ Dean J. Wagner*
Preston W. Halperin (#5555)
Dean J. Wagner (#5426)
SHECHTMAN HALPERIN SAVAGE, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
(401) 272-1403 (fax)

Dated: August 25, 2008