UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FILOMENA G. SPINOLA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-274-S |
| | : | |
| WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE and GE MONEY BANK, | : | |
| | : | |
| Defendants. | : | |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Wells Fargo Financial Retail Credit, Inc. hereby states as follows:

(1) Wells Fargo Financial Retail Credit, Inc. is an Iowa corporation and a subsidiary of Wells Fargo Financial, Inc., an Iowa corporation. Wells Fargo Financial, Inc. is the subsidiary of Wells Fargo Financial Services, Inc. a Delaware corporation. Wells Fargo Financial Services, Inc. is the subsidiary of Wells Fargo & Company, a Delaware corporation. Wells Fargo & Company is a publicly traded bank holding company.

WELLS FARGO FINANCIAL RETAIL
CREDIT, INC.

By its Attorneys,

/s/ Raymond M. Ripple
Patricia A. Sullivan (#2120)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
psullivan@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 10, 2008.

/s/ Raymond M. Ripple