UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FILOMENA G. SPINOLA,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE and GE MONEY BANK,<br><br>Defendants. | : | C.A. No. 08-274-S |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, American General Finance Corporation hereby states that it is not publicly traded, and is a wholly-owned subsidiary of American General Finance, Inc., an Indiana corporation, which also is not publicly traded. American General Finance, Inc., is a wholly-owned subsidiary of AIG Capital, a Delaware corporation, which is not publicly traded, and which is a wholly-owned subsidiary of American International Group, Inc., a Delaware corporation. American International Group, Inc. is a publicly traded corporation.

AMERICAN GENERAL FINANCE

By its Attorneys,

/s/ Raymond M. Ripple
Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
sprignano@eapdlaw.com
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 11, 2008.

/s/ Raymond M. Ripple