UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILOMENA G. SPINOLA
Plaintiff,

v.

WELLS FARGO FINANCIAL RETAIL CREDIT, INC., AMERICAN GENERAL FINANCE AND GE MONEY BANK
Defendant.

C.A. No. 08-0274-S

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, GE Money Bank hereby states that GE Money Bank FSB's parent corporation is GE Consumer Finance, Inc., which is privately held. No publicly traded corporation owns 10% or more of the stock of GE Money Bank FSB. General Electric Company is the ultimate parent and is publicly traded.

Respectfully submitted,

GE MONEY BANK,

By its attorneys

SHECHTMAN HALPERIN SAVAGE, LLP.

*/s/ Dean J. Wagner*
Dean J. Wagner, Esquire #5426
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400 phone
(401) 272-1403 facsimile
dwagner@shslawfirm.com

Dated: September 16, 2008

***CERTIFICATE OF SERVICE***

I hereby certify that on this 16th day of September 2008, that I have caused the within Corporate Disclosure Statement to be filed through the ECF system. As such, this document will be electronically sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Dean J. Wagner*